

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2015

No. 04-14-00751-CV

Josefina Alexander **GONZALEZ**, et al.,
Appellants

v.

Raymond **DE LEON**, et al.,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVQ-001098-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

## O R D E R

Appellants have filed a motion asking this court to allow current appellate counsel to withdraw and to allow new appellate counsel to substitute in as counsel for appellants. We GRANT appellants' motion. We ORDER that prior appellate counsel – Robinson C. Ramsey, Joyce W. Moore, and Paula C. Boston – be removed as counsel of record and new appellate counsel – Barry Snell – be substituted in as counsel for appellants. We remind appellants' new counsel that appellants' motion for rehearing was originally due September 8, 2015, and this court has already granted a thirty-day extension of time to file the motion. Appellants' motion for rehearing is due October 10, 2015.

We order the clerk of this court to serve a copy of this order on ALL counsel, including counsel that is withdrawing.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2015.

_____
Keith E. Hottle
Clerk of Court